Chief District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JAMAL AHMED AHMED (Agency #A79-601-285),<br><br>     Plaintiff,<br><br>  v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States, et al.,<br><br>     Defendants. | No. C07-0785-RSL<br><br>JOINT STIPULATION AND ORDER DISMISSING HABEAS PETITION<br><br>(Noted for Consideration Today, Pursuant to Local Rule 7(d)(1)) |

  COMES NOW the Plaintiff, by and through his counsel, Jay Warren Stansell, and the Defendants, by and through their counsel, Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and hereby stipulate to dismissal of Plaintiff's Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241.

  WHEREAS on May 24, 2007, Plaintiff filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241, which challenged his continued detention by US Immigration and Customs Enforcement, and sought an order directing Defendants to release him from custody (Dkt. #3).

  WHEREAS on June 8, 2007, Plaintiff was released from Defendants' custody on an Order of Supervision (Exhibit A);

  NOW, THEREFORE, the parties do hereby STIPULATE and AGREE that the Court may make and enter the following order:

  1. Plaintiff's Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant

JOINT STIPULATION AND ORDER
DISMISSING PLAINTIFF'S HABEAS PETITION – 1
(C07-0785-MAT-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

to 28 U.S.C. § 2241 is DISMISSED without prejudice and without fees or costs to either party.

SO STIPULATED.

DATED this 25th day of June, 2007.

s/ Jay Warren Stansell
JAY WARREN STANSELL, WSBA #18752
Attorney for Plaintiff

SO STIPULATED.

DATED this 25th day of June, 2007.

JEFFREY C. SULLIVAN
United States Attorney

s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
Attorney for Defendants

## ORDER

The Joint Stipulation to Dismiss Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241 is APPROVED and GRANTED. Plaintiff's Habeas Petition is DISMISSED without prejudice, and without fees or costs to either party.

DATED this 26th day of June, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 26th day of June, 2007.

s/ Mary Alice Theiler
United States Magistrate Judge

JOINT STIPULATION AND ORDER
DISMISSING PLAINTIFF'S HABEAS PETITION  – 2
(C07-0785-MAT-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970